# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

April 27, 2016

To: Vijay Gibran Brijbasi  
Daniel Devine

Re:  16-1838 - Flexiteek Americas, Inc. v. PlasTEAK, Inc.

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The document was filed using the incorrect event and relief. This should be filed as a motion to terminate appeal. Relief Category- *Case Termination*, Relief- *Terminate Appeal.*

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole  
Clerk of Court